UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
APRIL BALDI,

                                                                      **Case No.:** 1:19-cv-7111 (KAM) (ST)

                            Plaintiff,

        -against-

MAGGIO DATA FORMS PRINTING LTD., JOHN
CURTIN, and JOSEPH CAPUANO,

                            Defendants.
-----------------------------------------------------------------X

### DECLARATION OF EMANUEL KATAEV, ESQ. IN SUPPORT OF DEFENDANTS' MOTION FOR REARGUMENT

**EMANUEL KATAEV, ESQ.**, declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am admitted to practice before this Court and I am an associate of Milman Labuda Law Group PLLC, attorneys for the Defendants in this action.

2. I respectfully submit this Declaration in support of the Defendants' Motion for Reconsideration ("Motion"), and to supply this Court with exhibits relevant to its determination of the Motion.

3. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' complaint dated December 19, 2019, docket entry 1 in this case.

4. Attached hereto as Exhibit B is a true and correct copy of Defendants' letter motion to reassign this case, dated December 24, 2019, docket entry 7 in this case.

5. Attached hereto as Exhibit C is a true and correct copy of the Court's Text Only Order, dated December 26, 2019.

6. Attached hereto as Exhibit D is a true and correct copy of Plaintiff's letter response to Defendants' letter motion, dated December 27, 2019, docket entry 8 in this case.

7. Attached hereto as Exhibit E is a true and correct copy of the Court's Text Only Order, dated December 27, 2019, denying Defendants' letter motion to reassign this case.

Dated: Lake Success, New York
      January 10, 2020

                                                             _____/s_____
                                                             **EMANUEL KATAEV**