# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

January 10, 2020

**VIA ECF & FEDERAL EXPRESS**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Kiyo A. Matsumoto, U.S.D.J.
225 Cadman Plaza East
Courtroom 6C South
Brooklyn, NY 11201-1804

      *Re:*    **Baldi v. Maggio Data Forms Printing Ltd.,** *et al.*
             **Case No.: 1:19-cv-7111 (KAM) (ST)**
             <u>**MLLG File No.: 13-2018**_____</u>

Dear Judge Matsumoto:

      This office represents the Defendants in the above-referenced case. Defendants write, pursuant to this Court's Chambers Practices ¶ II(A), to submit two (2) full sets of courtesy hard copies of Defendants' motion for reconsideration, filed as Docket Entries 9-11.

      Defendants thank this Court for its time and attention to this case.

Dated:  Lake Success, New York
         January 10, 2020

                                            Respectfully submitted,

                                            **MILMAN LABUDA LAW GROUP PLLC**

                                        _____/s_____
                                        Emanuel Kataev, Esq.
                                        3000 Marcus Avenue, Suite 3W8
                                        Lake Success, NY 11042-1073
                                        (516) 328-8899 (office)
                                        (516) 303-1395 (direct dial)
                                        (516) 328-0082 (facsimile)
                                        emanuel@mllaborlaw.com

Enclosures (via Federal Express only).