UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| APRIL BALDI,<br><br>                                    Plaintiff,<br><br>-against-<br><br>MAGGIO DATA FORMS PRINTING LTD., JOHN CURTIN, and JOSEPH CAPUANO,<br><br>                                    Defendants. | Case No.: 19-cv-07111(KAM) (ST)<br><br>**NOTICE OF PARTIAL DISMISSAL** |

**WHEREAS,** Defendants John Curtin and Joseph Capuano have not served an answer or motion for summary judgment in response to Plaintiff's Complaint or First Amended Complaint;

**THEREFORE, PLEASE TAKE NOTICE** that Plaintiff, through her undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses, as against Defendants John Curtin and Joseph Capuano, her First and Second causes of action set forth in her First Amended Complaint for discrimination based on sex and retaliation under Title VII of the Civil Rights Act of 1964.

Dated: New York, New York
       June 30, 2020

**VIRGINIA & AMBINDER LLP**

By:   /s/Jack L. Newhouse_____
      Jack L. Newhouse, Esq.
      40 Broad Street, 7th Floor
      New York, NY 10004
      Telephone:  (212) 943-9080
      jnewhouse@vandallp.com

*Attorneys for Plaintiff April Baldi*