UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

APRIL BALDI,

                              Plaintiff,

-against-

MAGGIO DATA FORMS PRINTING LTD., JOHN CURTIN, and JOSEPH CAPUANO,

                              Defendants.

Docket No.: 19-cv-7111(KAM)(ST)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff April Baldi and Defendants Maggio Data Forms Printing Ltd., John Curtin, and Joseph Capuano, by and through their respective undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's claims in the above-captioned action shall be dismissed in their entirety with prejudice and without costs.

| | |
|---|---|
| **VIRGINIA & AMBINDER, LLP** | **MILMAN LABUDA LAW GROUP PLLC** |
| By: _____<br>Jack Newhouse, Esq.<br>40 Broad Street, 7th Floor<br>New York, New York 10004<br>Tel:  (212) 943-9080<br>jnewhouse@vandallp.com<br>*Attorneys for Plaintiff* | By: _____<br>Emanuel Kataev, Esq.<br>3000 Marcus Avenue, Suite 3W8<br>Lake Success, New York 11042<br>(516) 328-8899 (office)<br>emanuel@mllaborlaw.com<br>*Attorneys for Defendants* |
| Date: 12/3/2020 | Date: 11/25/2020 |